**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

J. V. PREYER, individually and as the
personal representative of
The Estate of Jerry Preyer,
and on behalf of Jerry Preyer's
Survivors and the Beneficiaries of
Jerry Preyer's Estate,

        Plaintiffs,

vs.                                          Case No. 3:08cv247/MCR/MD

SHERIFF RON McNESBY, et al.,

        Defendants.
_____/

## ORDER CORRECTING SCRIVENER'S ERROR

        The court notes the order on defendants' motions to dismiss entered this date contains a typographical error on page 16, paragraph 8, pertaining to the substitution of Sheriff David "Crosby" for former Sheriff Ron McNesby, in his official capacity only. (See doc. 141). Sheriff David Morgan is the current Sheriff of Escambia County. Accordingly, the specific language contained in paragraph 8 of the order is amended as follows:

        The docket shall reflect that Sheriff David Morgan has been substituted for former Sheriff Ron McNesby, in his official capacity only.

        **DONE and ORDERED** this 8th day of June, 2009.

                                            *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**