# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

J. V. PREYER, individually and as the
personal representative of
The Estate of Jerry Preyer,
and on behalf of Jerry Preyer's
Survivors and the Beneficiaries of
Jerry Preyer's Estate,

        Plaintiffs,

vs.                                  Case No. 3:08cv247/MCR/MD

SHERIFF RON McNESBY, et al.,

        Defendants.
_____/

## ORDER OF DISMISSAL

This cause is before the court upon the Stipulation of Dismissal With Prejudice entered into between Plaintiff, J.V. PREYER, and Defendants, DAVID MORGAN and RON McNESBY, in their official capacities as present and former Sheriff of Escambia County, ESCAMBIA COUNTY, FLORIDA, RON McNESBY, BARBARA WERTZ, RONALD HANKINSON, DAVID PHILLIPS, JOSEPH BRAZWELL, JOHN COVOTTA AND SHAUN WHITE, in their official capacities, LPN MARGARET GRICE, LYNN LAIRD, DR. PIOTR SZMURLO, NURCE CAVET WHITE, RN MARY DAVIS, NURSE TRUDY BURDEN, NURSE ELAINE GREGORY, in their individual capacities, and PRISON HEALTH SERVICES, INC. (Doc. 159). Upon consideration of the foregoing, the above-entitled action is **DISMISSED** with prejudice as to the defendants named therein only, with each party to bear their respective attorney's fees and costs.

**ORDERED** on this 25th day of August, 2009.

                                                       s/ *M. Casey Rodgers*
                                                       **M. CASEY RODGERS**
                                                       **UNITED STATES DISTRICT JUDGE**